■ In the Matter of STANLEY SIMON, a Disbarred Attorney. [683 NYS2d 833] —Application granted to the extent of referring the matter to a Referee for a hearing, where petitioner will have the burden of establishing by clear and convincing evidence that he possesses the requisite character and general fitness to resume the practice of law. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Wallach and Mazzarelli, JJ.